UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER SNYDER, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>AUBREY K. McCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOU SIMPSON,<br><br>Defendants,<br><br>--and--<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation,<br><br>Nominal Defendant. | CASE NO. CIV-12-437-M |

**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**WHEREAS**, on April 20, 2012, Plaintiff Christopher Snyder filed his Shareholder Direct and Derivative Complaint (the "Complaint") in the above-referenced matter;

**WHEREAS**, Plaintiff is in the process of completing service of the

Complaint on the Nominal Defendant and Individual Defendants (collectively "Defendants");

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A) the first response to the Complaint, by Defendant(s) served on April 20, 2012, was due on May 10, 2012;

**WHEREAS**, the parties have agreed to extend the time of all Defendants to respond to the Complaint until <u>after</u> the consolidated amended complaint is on file.

**WHEREAS**, counsel for the Defendants has agreed to accept service of the Complaint for all Defendants;

**NOW THEREFORE, IT IS STIPULATED AND AGREED** by Plaintiff and Defendants, by and through their respective counsel that Defendants should be allowed to file their response to the Complaint thirty (30) days from the date of filing of the Consolidated Amended Complaint.

### RELIEF REQUESTED

The parties request Defendants be given thirty (30) days from the date of filing of the Consolidated Amended Complaint in which to file a coordinated response to the Complaint.

Respectfully submitted this 22nd day of May, 2012.

        *s/ Kenyatta R. Bethea*
        Kenyatta R. Bethea OBA #18650
        **HOLLOWAY, BETHEA & OSENBAUGH**
        3035 N.W. 63rd Suite 102N
        Oklahoma City, OK 73116
        Telephone: (405) 246-0600
        Facsimile: (405) 810-4080
        kbethea@hbolaw.com
        *Proposed Liaison Counsel for Plaintiff*
        *Christopher Snyder*

        Nancy Kaboolian
        **ABBEY SPANIER RODD & ABRAMS, LLP**
        212 East 39th Street
        New York, New York 10016
        Telephone: (212) 889-3700
        Facsimile: (212) 684-5191
        nkaboolian@abbeyspanier.com

        *Attorney for Plaintiff Christopher Snyder*

*s/ James R. Webb*
James R. Webb, OBA #16548
Spencer F. Smith OBA #20430
**MCAFEE & TAFT**
10th Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102
Telephone (405) 552-2246
Facsimile (405) 235-0439
jim.webb@mcafeetaft.com
spencer.smith@mcafeetaft.com

*AND*

Robert P. Varian
**ORRICK, HERRINGTON & SUTCLIFFE**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone (415) 773-5700
Facsimile (415) 773-5759

*Attorneys for Defendants*