### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER SNYDER, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. CIV-12-437-M |
| AUBREY K. McCLENDON, et al., ) ) | |
| Defendants, ) ) | |
| and ) ) | |
| CHESAPEAKE ENERGY CORPORATION, an Oklahoma Corporation, ) ) ) ) | |
| Nominal Defendant. ) | |

### ORDER

Before the Court is the parties' Joint Motion to Extend Time to Respond to Complaint, filed May 22, 2012. Upon review of the joint motion, the Court GRANTS the parties' Joint Motion to Extend Time to Respond to Complaint [docket no. 18]. Defendants shall their response to the Complaint thirty (30) days from the date of the filing of the Consolidated Amended Complaint.

**IT IS SO ORDERED this 23rd day of May, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE