## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRISTOPHER SNYDER, Individually and derivatively on behalf of CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-12-437-M |
| AUBREY K. McCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON L. NICKLES, and LOU SIMPSON, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| CHESAPEAKE ENERGY CORPORATION, an Oklahoma corporation, | ) ) ) ) | |
| Nominal Defendant. | ) | |

## **ORDER**

Before the Court is the Motion for Admission Pro Hac Vice, filed by Kenyatta R. Bethea, seeking the admission of Stephanie Amin-Giwner *pro hac vice*. Upon review of the motion, the Court hereby GRANTS the Motion for Admission Pro Hac Vice [docket no. 23]; Stephanie Amin-Giwner is admitted to practice before this Court for the limited purpose of participating in this case

on behalf of plaintiff, provided counsel submits an ECF registration form and files an entry of appearance, consistent with LCvR 83.4.

**IT IS SO ORDERED this 29th day of May, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE